HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR M. NAJARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VICTOR M. NAJARRO,<br><br>　　　　Defendant. | Case No. 6:19-po-00283 JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON**<br><br>Date:　May 5, 2020<br>Time:　10:00 a.m.<br>Judge:　Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for April 8, 2020 may be may be continued to May 5, 2020, at 10:00 a.m., or the soonest time thereafter convenient to the court.

This matter was previously continued to April 8, 2020 to allow time for the possible filing of a motion to suppress evidence. Defense counsel has determined that grounds for such a motion do not exist and the parties are attempting to reach a negotiated settlement of this matter. This continuance is requested to allow time for a written plea agreement to be finalized and signed by defendant prior to the next hearing. In the event no plea agreement is reached, a trial date will be requested at the next hearing.

///

///

1    The parties agree that the delay resulting from this request shall be excluded in the
2    interests of justice, and for effective defense investigation and preparation, pursuant to 18
3    U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 6, 2020                    By */s/ Susan St. Vincent*
                                        SUSAN ST. VINCENT
                                        Legal Enforcement Officer
                                        Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 6, 2020                    By */s/ Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        VICTOR M. NAJARRO

**ORDER**

It is so ordered. For the reasons set forth above the status conference is continued to May 5, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __April 6, 2020__     _____
                              UNITED STATES MAGISTRATE JUDGE