HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VICTOR M. NAJARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00283 JDP |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON** |
| VICTOR M. NAJARRO, | Date:  May 19, 2020 |
| Defendant. | Time:  10:00 a.m. |
| | Judge:  Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for May 5, 2020 may be may be continued to May 19, 2020, at 10:00 a.m., or the soonest time thereafter convenient to the court.

The parties have reached a plea agreement in this matter, but additional time is needed for counsel's receipt of the signed plea agreement from Mr. Najarro, and forwarding of the original signed agreement to the court to allow for a telephonic change of plea hearing.

The parties agree that the delay resulting from this request shall be excluded in the

///

///

///

///

1  interests of justice, and for effective defense investigation and preparation, pursuant to 18
2  U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  May 4, 2020     By */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Enforcement Officer
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  May 4, 2020     By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
VICTOR M. NAJARRO

ORDER

For the reasons set forth above the status conference is continued to May 19, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE